834 A.2d 514

## In re ADVANCED COMMUNICATION TECHNOLOGY, SPECIAL ASSIGNMENT SCHEDULE FOR the 38TH JUDICIAL DISTRICT.

Supreme Court of Pennsylvania.

Oct. 21, 2003.

Samuel C. Stetton, West Chester, for Kowal, Dist. Justice John L., et al., Petitioners.

Howard M. Holmes, A. Taylor Williams, Philadelphia, for S. Gerald Corso, Respondent.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2003, the Petition for Review and/or Exercise of King's Bench Remedy is **DENIED.**